

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

July 14, 1958

Honorable R. M. Dixon　　　　　Opinion No. WW-473
Board of Water Engineers
1410 Lavaca Street　　　　　　Re: May an existing Water
Austin, Texas　　　　　　　　　　Control and Improve-
　　　　　　　　　　　　　　　　　ment District change
　　　　　　　　　　　　　　　　　its name, and related
Dear Mr. Dixon:　　　　　　　　questions.

　　　　Your letter of June 18, 1958, requests our opinion
on the following:

"1.　Does Art. 7880-16 authorize an existing
　　　Water Control and Improvement District
　　　to change its name to a name more de-
　　　scriptive of the locale and principal
　　　powers to be exercised so long as the
　　　word "district" appears in the new
　　　name?

"2.　If the answer to Question No. 1 is in the
　　　affirmative, does the Board of Water En-
　　　gineers have the authority to approve an
　　　application for such name change?

"3.　If the answer to Question No. 2 is in the
　　　affirmative, may the Board of Water En-
　　　gineers at its discretion establish the
　　　procedure and fees to be paid by the ap-
　　　plicant?

"4.　If the answer to Question No. 2 is negative,
　　　what action is necessary to change the name
　　　of an existing district?"

Article 7880-11, V.C.S. requires that the petition for the organization of a water control and improvement district "shall designate the name of the district." Article 7880-16 prescribes the name which may be given such a district.

There is no statute which either expressly or by implication authorizes the change of name of an existing district. The district may exercise only such powers as have been expressly delegated to it by the Legislature, or which exist by clear and unquestioned implication. Tri-City Fresh Water Supply Dist. No. 2 of Harris County v. Mann, Atty. Gen., 135 Tex. 280, 142 S.W. 2d 945 (1940).

Your first question is answered: No. Consequently, no answers to questions 2 and 3 are necessary. Your fourth question is answered: There is no authority for the change of name of an existing district.

SUMMARY

> There is no authorization for an existing Water Control and Improvement District to change its name.

Very truly yours,

WILL WILSON
Attorney General of Texas

APPROVED:

OPINION COMMITTEE

J. C. Davis, Jr., Chairman

By _____
W. E. Allen
Assistant

Marietta McGregor Payne
Tom I. McFarling
Jack Goodman
Henry G. Braswell

REVIEWED FOR THE ATTORNEY GENERAL
By: W. V. Geppert